IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERICK SHELTON                                                                                    PLAINTIFF
ADC #98156

V.                                         NO.  5:07cv00183 SWW

DR. ALEXANDER, et al                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Scroggins' motion to dismiss (doc. 23) is hereby granted and Plaintiff's case is dismissed in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 24th day of June, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE